61 So.3d 1265 (2011)
HOMESTEAD AIR BASE DEVELOPERS, INC., Appellant,
v.
MIAMI-DADE COUNTY, etc., Appellee.
No. 3D09-3295.
District Court of Appeal of Florida, Third District.
May 25, 2011.
*1266 Segall Gordich, Lawrence A. Gordich, and Melissa Alagna, for appellant.
R.A. Cuevas, Jr., Miami-Dade County Attorney, and David M. Murray, Debra Herman, and Jorge Martinez-Esteve, Assistant County Attorneys, for appellee.
Before GERSTEN and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Racing Props., L.P. v. Baldwin, 885 So.2d 881 (Fla. 3d DCA 2004).